James W. Dabney
James G. Markey
Kelly D. Talcott
Brian M. Rothery
PENNIE & EDMONDS LLP
1155 Avenue of the Americas
New York, New York 10036-2711
Tel: (212) 790-9090
Fax: (212) 869-9741

Richard J. Codding (S.B.N. 128302)
HOWREY & SIMON
550 South Hope Street
Suite 1400
Los Angeles, California 90071-2604
Tel.: (213) 892-1800
Fax: (213) 892-2300

Attorneys for Plaintiffs
HUNTER DOUGLAS, INC. and HUNTER
DOUGLAS FABRICATION COMPANY



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNTER DOUGLAS, INC., a Delaware corporation, and HUNTER DOUGLAS FABRICATION COMPANY, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HARMONIC DESIGN, INC., California corporation, SPRINGS INDUSTRIES, INC., a South Carolina corporation, and SPRINGS WINDOW FASHIONS DIVISION, INC., a Delaware corporation,<br><br>Defendants. | CASE NO: 96-8513 WJC (RCx)<br><br>NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i) FED. R. CIV. P. |

HOWREY & SIMON

1  The above captioned action is hereby dismissed without
2  prejudice pursuant to Rule 41(a)(1)(i) of the Federal rules
3  of Civil Procedure

5  DATED: January 12, 1999

James W. Dabney
James G. Markey
Kelly D. Talcott
Brian M. Rothery
PENNIE & EDMONDS LLP
1155 Avenue of the Americas
New York, New York 10036-2711
Tel:  (212) 790-9090

Richard J. Codding
HOWREY & SIMON
550 South Hope Street
Suite 1400
Los Angeles, CA 90071-2604
Tel:(213) 892-1800

By: /s/ Richard J. Codding
    Richard J. Codding

Attorneys for Plaintiffs
HUNTER DOUGLAS, INC. AND
HUNTER DOUGLAS FABRICATION CO.

PROOF OF SERVICE

I, Elaine L. Mohr, the undersigned, declare and certify as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 550 South Hope Street, Suite 1400, Los Angeles, California 90071-2627.

On January 12, 1999, I served the foregoing document described as NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i) FED. R. CIV. P. on the interested parties in this action as follows:

☒ BY MAIL

☐ I placed true copies thereof in sealed envelope(s) addressed as stated above.

☐ I deposited such envelope(s) with postage thereon fully prepaid in the U.S. mail at Los Angeles, California.

☒ I am readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this declaration.

☐ BY PERSONAL SERVICE

I placed true copies thereof in sealed envelope(s) addressed as stated above. On the above date, I personally delivered such envelope(s) by hand to the office(s) of the addressee(s).

☐ BY FACSIMILE

On the above date, I personally transmitted a courtesy copy of the document via telecopier to _____ listed on the attached mailing list using the fax number listed under his name. I caused the machine to print a transmission report of the transmissions proving that the fax was sent and received without error.

☒ FEDERAL   I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on January 12, 1999, at Los Angeles, California.

_____ELAINE L. MOHR_____            _____Elaine L. Mohr_____
                                                    Signature

HOWREY & SIMON

# SERVICE LIST
## Hunter Douglas, Inc., et al. vs. Harmonic Design, Inc., et al.
## Central District Case No. 96-8513 WJC (RCx)

| | |
|---|---|
| LERNER, DAVID, LITTENBERG,<br>    KRUMHOLZ & MENTLIK<br>Roy H. Wepner<br>Marcus J. Miller<br>Jonathan A. David<br>600 South Avenue West<br>Westfield, New Jersey 07090<br>Tel: (908) 654-5000<br>Fax: (908) 654-7866 | Attorneys for Defendants<br>Springs Industries, Inc. and<br>Springs Window Fashions Div., Inc. |
| SHEPPARD, MULLIN, RICHTER &<br>    HAMPTON LLP<br>Stephen C. Taylor<br>Kent Raygor<br>Holly O. Whatley<br>333 South Hope Street, Forty-Eighth Floor<br>Los Angeles, California 90071<br>Tel: (213) 620-1780<br>Fax: (213) 620-1398 | Attorneys for Defendants<br>Springs Industries, Inc. and<br>Springs Window Fashions Div., Inc. |
| KNOBBE, MARTENS, OLSON & BEAR, LLP<br>James F. Lesniak<br>Joseph R. Re<br>Glenn R. Smith<br>620 Newport Center Drive<br>Sixteenth Floor<br>Newport Beach, California 92660<br>Tel: (714) 760-0404<br>Fax: (714) 760-9502 | Attorneys for Defendant<br>Harmonic Design, Inc. |