SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV96-8513-WJR(RCx)                                  Date: __06-24-99__

Title: HUNTER DOUGLAS -v- HARMONIC DESIGN

========================================================================

PRESENT: THE HONORABLE WILLIAM J. REA, JUDGE

Marva Dillard                                                Not Reported
Courtroom Clerk                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   NOT PRESENT                               NOT PRESENT

PROCEEDINGS: NOTICE OF CONTINUANCE

PLEASE TAKE NOTICE:

On the Court's own motion, any and all motion(s) presently scheduled for Monday, June 28, 1999 at 10:00 AM shall be continued to Monday, July 12, 1999 at 10:00 AM.

MINUTES FORM 11                                    Initials of Deputy Clerk
CIVIL - FORM

ENTERED ON ICMS JUN 28 1999